IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSSISSIPI
NORTHERN DIVISION

**RAPHAEL DONNELL**                                                                             **PETITIONER**

**V.**                                     **CIVIL ACTION NO. 3:23-cv-63-HTW-LGI**

**WARDEN WALTER VEREEN**                                          **RESPONDENT**

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket No. 14]** issued by Magistrate Judge LaKeysha Greer Issac. In her Report and Recommendation, filed March 29, 2024, Magistrate Judge Issac recommended that Petitioner, Raphael Donnell's, petition for writ of habeas corpus be dismissed as moot. Magistrate Judge Issac directed the Petitioner to file any objections within fourteen (14) days. To date, the Petitioner has not filed any objection.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket No. 14]**, this Court finds it well-taken. The Magistrate Judge found this case no longer presents a live case or controversy, since the Petitioner, who initially sought immediate release into a residential reentry center or home confinement, has been released. This Court agrees with the Magistrate Judge's finding; therefore, this Court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court.

This Order, commensurately, hereby **DISMISSES** the instant petition as **MOOT**.

SO ORDERED this the <u>22nd</u>, day of <u>April</u> 2024.

                                                                 <u>**/s/Henry T. Wingate**</u>
                                                                  **UNITED STATES DISTRICT COURT JUDGE**